IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK E. VEYLUPEK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:18CV67 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| UNION PACIFIC RAILROAD, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

On April 18, 2018, the court ordered Plaintiff to file an amended complaint that states a claim upon which relief may be granted by May 21, 2018. (Filing No. 6.) The court warned Plaintiff that "[i]f Plaintiff fails to file an amended complaint in accordance with this Memorandum and Order, his claim against UPRR will be dismissed without prejudice and without further notice." To date, Plaintiff has not filed an amended complaint or taken any other action in this case.

IT IS THEREFORE ORDERED that:

1. This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

2. Judgment shall be entered by separate document.

DATED this 30th day of May, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge