IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK E. VEYLUPEK, | ) |
| Plaintiff, | ) 8:18CV67 |
| v. | ) |
| | ) **JUDGMENT** |
| UNION PACIFIC RAILROAD, | ) |
| Defendant. | ) |

This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders.

DATED this 30th day of May, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge